OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR PRIVATE USE**

**12/15/2014**
**LINTON, DAVID HARLOW** Tr.Ct. No. W219-80983-01-HC WR-82,569-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
$ 00.26⁵
PITNEY BOWES

02 1M
00 4279596
MAILED FROM ZIP CODE 78701
DEC 18 2014

WILLIAM D. COX III
ATTORNEY AT LAW
1600 PACIFIC AVENUE
SUITE 2400
DALLAS, TX 75201

H3B 75201

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR PRIVATE USE**

12/15/2014
LINTON, DAVID HARLOW Tr.Ct.No. W219-80983-01-HC WR-82,569-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

02 1M
0004279596
MAILED FROM ZIPCODE 78701
DEC 18 2014
$ 00.265
PITNEY BOWES

PRESORTED
FIRST CLASS

MICHAEL LEVINE
ATTORNEY AT LAW
1600 PACIFICE AVENUE
SUITE 2400
DALLAS, TX 75201

IA

N3B 75201